ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
UNITED STATES OF AMERICA          |
                                  |
     - against -                  |
                                  | 91 Crim. 417-01 (LLS)
WILLIAM JONES, et al.             |
                                  | **ORDER**
          Defendants.             |
---------------------------------x

    Defendant William Jones having filed a Motion Requesting Order to Compel Disclosure of Grand Jury Minutes Pursuant to Rule 6(e)(3)(E) of the F.R.C.P. on April 17, 2007, the government is directed to file a response within 30 days of the date of this order.

    It not appearing that the government was served a copy of defendant's April 17, 2007 motion, the clerk of the court is directed to serve, by certified mail return receipt requested, a copy of that motion and of this order on the United States Attorney for the Southern District of New York.

Dated: New York, NY
       April 25, 2007

                                      *Louis L. Stanton*
                                      Louis L. Stanton
                                          U.S.D.J.